UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JORGE LUIS GARCIA-RODRIGUEZ, Defendant. | CASE NO. CR20-159 RAJ<br><br>DETENTION ORDER |

Offense charged: Distribution of Methamphetamine (two counts); Possession of Controlled Substances with Intent to Distribute; Forfeiture Allegations

Date of Detention Hearing: July 21, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was charged by Indictment in 2020 on the above referenced charges and has entered a plea of not guilty. He was not interviewed by Pretrial Services, so some of his background information is unknown or unverified. Allegations of violation of supervised release in another case are also pending. Both cases have been in active warrant status for six years. Defendant does not oppose entry of an Order of Detention.

2. Defendant poses a risk of nonappearance based on allegation of supervised release noncompliance, active warrant status, substance use concerns and mental health concerns. Further, some of his background information is unknown or unverified. nature of the charges, other charges in another jurisdiction, and unknown background information. Defendant poses a risk of danger based on the nature of the instant offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21th day of July, 2026.

Mary Alice Theiler
United States Magistrate Judge