Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JORGE LUIS GARCIA-RODRIGUEZ,<br>Defendant. | No. 2:20-cr-00159-RAJ<br><br>ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant's unopposed motion to extend the pretrial motions deadline along with the records in this case, and finding good cause,

IT IS ORDERED that the motion (Dkt. 14) is GRANTED. The due date for pretrial motions is extended from August 11, 2026, to August 25, 2026.

DATED this 12th day of August, 2026.

[signature]

The Honorable Richard A. Jones
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**