Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS GARCIA-RODRIGUEZ,<br>Defendant. | No. 2:20-cr-00159-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL |

THIS MATTER comes before the Court upon the motion of the Defendant to allow a substitution of counsel. The parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel, and the Court being advised on the premises, NOW THEREFORE,

IT IS ORDERED that the Motion to Substitute Attorney (Dkt. 19) is GRANTED. Gregory Murphy and the Office of the Public Defender shall be allowed to withdraw and Emily Gause shall be substituted as counsel for defendant Jorge Luis Garcia-Rodriguez.

DATED this 7th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge



**GAUSE LAW OFFICES, PLLC**
631 STRANDER BLVD, SUITE G
TUKWILA, WASHINGTON 98188
(206) 660-8775 • FAX: (206) 260-7050